**624  CITY OF DETROIT vs. RECORDERS' COURT JUDGE** (Detroit), 40 M., 64.

To compel respondent to allow proceedings to be taken by the city to open a private alley.

Denied January 10, 1879.

Held that the common council could not institute such proceedings, except on application by responsible and interested parties, and it did not appear that such parties had been before or had applied to the council.